```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

ZACHARY A. McGRAW,              )
                                )
           Plaintiff,           )
                                )
     v.                         )    No. 09 C 5043
                                )
CITY OF CHICAGO,                )
                                )
           Defendant.           )
```

MEMORANDUM ORDER

Plaintiff Zachary McGraw, Jr. ("McGraw"), acting pro se since his appointed counsel withdrew, has filed a hand-printed document captioned "discovery-Information" together with some attached exhibits. Because this District Court's LR 26.3 prohibits the filing of discovery materials (with a limited exception that does not apply here), McGraw's filing is stricken. And because McGraw had mistakenly responded to this Court's minute clerk's inquiry by stating that such a filing was requested by this Court at the last court date (June 22, 2010), McGraw is reminded that the minute order entered on that date simply required that he file an amendment to the existing Complaint on or before August 20, with the next status hearing set for 9 a.m. August 27.

                         _____
                         Milton I. Shadur
                         Senior United States District Judge

Date:  July 15, 2010