```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

ZACHARY A. McGRAW, JR.,        )
                               )
               Plaintiff,      )
                               )
     v.                        )     No.  09 C 5043
                               )
CITY OF CHICAGO,               )
                               )
               Defendant.      )
```

<u>MEMORANDUM ORDER</u>

Just under two weeks ago (on January 24) this Court issued a short memorandum order rejecting the motion by Zachary McGraw, Jr. ("McGraw") to revive his long-since-dismissed action claiming employment discrimination by City of Chicago (the August 27, 2010 minute order of dismissal had described the case as "the latest in a series of battles he has sought to wage against the City of Chicago"). Nothing daunted, McGraw has just filed another document bearing the same caption:

>     Motion - Reconsideration
>     To re-open case for new trial
>     Case new discovered evidence

This time the persistent and combative McGraw is misguided in a different way, asserting the existence of what he calls "the intentional in fiction of emotional distress," coupled with references to a two year statute of limitations and to an Illinois-recognized concept of "continuing tort" or "continuing violation." But that of course would be a state law claim, different from the federal employment discrimination action

asserted in this case--and even apart from problems of untimeliness, there is no federal subject matter jurisdiction over such a claim because diversity of citizenship is lacking.

Accordingly McGraw's most recent motion is denied out of hand. Moreover, he is expressly ordered to file <u>nothing</u> further in connection with this long-since-terminated litigation, with any violation of this order to be treated as a contempt of court potentially justifying the imposition of sanctions.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date: February 6, 2012