IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ZACHARY A. McGRAW, JR., )
)
      Plaintiff, )
)
v. ) No. 09 C 5043
)
CITY OF CHICAGO, )
)
      Defendant. )

MEMORANDUM ORDER

Just under two weeks ago (on January 24) this Court issued a short memorandum order rejecting the motion by Zachary McGraw, Jr. ("McGraw") to revive his long-since-dismissed action claiming employment discrimination by City of Chicago (the August 27, 2010 minute order of dismissal had described the case as "the latest in a series of battles he has sought to wage against the City of Chicago"). Nothing daunted, McGraw has just filed another document bearing the same caption:

> Motion - Reconsideration
> To re-open case for new trial
> Case new discovered evidence

This time the persistent and combative McGraw is misguided in a different way, asserting the existence of what he calls "the intentional in fiction of emotional distress," coupled with references to a two year statute of limitations and to an Illinois-recognized concept of "continuing tort" or "continuing violation." But that of course would be a state law claim, different from the federal employment discrimination action

asserted in this case--and even apart from problems of untimeliness, there is no federal subject matter jurisdiction over such a claim because diversity of citizenship is lacking.

Accordingly McGraw's most recent motion is denied out of hand.  Moreover, he is expressly ordered to file <u>nothing</u> further in connection with this long-since-terminated litigation, with any violation of this order to be treated as a contempt of court potentially justifying the imposition of sanctions.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 6, 2012